UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>Plaintiff<br><br>v.<br><br>$67,000.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | Case Number: 22-cv-1203-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff, United States of America ("Government" or "Plaintiff") Motion to Strike Claim and Answer (Doc. 18). This is a forfeiture case. The Government filed this Complaint for Forfeiture against defendant, as $67,000 in U.S. Currency (Doc. 1), alleging the money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801, et seq., and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

On July 22, 2022, Claimant Analisa L. Zepeda, through her attorney Robert Bas filed an Answer and Claim arguing the property is lawful proceeds. (Docs. 7, 8). The Government served discovery requests on Claimant through her attorney. Responses to discovery requests were due August 28, 2022, and Claimant failed to respond. The Government indicates it sent two separate emails requesting responses to discovery requests on September 29, 2022, and October 12, 2022.

On October 13, 2022, Claimant's attorney moved to withdraw, indicating Claimant failed to adhere the terms of the retainer agreement, which this Court granted and ordered Ms. Zepeda retain counsel or file a supplemental appearance identifying an address where she would receive

papers or notices. (Doc. 17). She has done neither at this point.

The Government indicates it mailed discovery requests to Claimant by first class mail with responses due on November 10, 2022. (Doc. 18 at ¶ 8). Claimant has not responded to the Government's requests. As a result of Claimant's failure to provide responses to discovery requests, requests this Court dismiss Claimant's claim and answer in the forfeiture proceeding. (Doc. 18).

The Court hereby **ORDERS** Claimant Analisa L. Zepeda to **SHOW CAUSE** why this Court should not grant Government's motion to strike Claimant's claim and answer (Docs. 7, 8) for failure to adhere to discovery requests (Doc. 18). Additionally, the Court **ORDERS** Claimant Analisa L. Zepeda to **SHOW CAUSE** why this Court should not grant the Government's relief for failure to retain other counsel or file supplemental appearance identifying an address where she would receive papers or notices pursuant to this Court's October 25, 2022 Order. Claimant's response to the **SHOW CAUSE** is due January 16, 2023.

**IT IS SO ORDERED.**
Dated: December 15, 2022

/s/  J. Phil Gilbert
J. PHIL GILBERT
DISTRICT JUDGE